UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND and
BRIAN GENTRY (in his capacity as trustee),

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,

        Plaintiffs,

v.                                  Case No. 10-cv-770

A&A STANLEY CONSTRUCTION, INC. and
AARON STANLEY,

        Defendants.

---

### ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
### AS TO DEFENDANT A&A STANLEY CONSTRUCTION, INC.

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, North Central States Regional Council of Carpenters' Pension Fund, Brian Gentry and North Central States Regional Council of Carpenters, recover from the Defendant A&A Stanley Construction, Inc. the sum of $17,384.84 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 13th day of April, 2011.

                                                            Peter Oppeneer
                                                            Clerk of Court