UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND and
BRIAN GENTRY (in his capacity as trustee),

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,

        Plaintiffs,

v.                                     Case No.  10-cv-770

A&A STANLEY CONSTRUCTION, INC. and
AARON STANLEY,

        Defendants.

---

ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
AS TO DEFENDANT AARON STANLEY

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff North Central States Regional Council of Carpenters recover from the Defendant Aaron Stanley the sum of $1,609.04 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 13th day of April, 2011.

                                                                         _Peter Oppeneer_
                                                                         Clerk of Court